COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940
   E-Mail: mnakano@cwlfirm.com
JAMIE C. S. MADRIAGA 9769
   E-Mail: jmadriaga@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile: (808) 354-0427

Attorneys for Limitation Plaintiff
AKUA LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of AKUA LLC (dba MAUI REEF ADVENTURES), a Hawaii Limited Liability Company, as owner *pro hac vice* of M/V <u>OCEAN FREEDOM</u>, O.N. 1229835, for exoneration from or limitation of liability. | CIVIL NO. _____<br>(Admiralty)<br><br>**COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY; EXHIBIT "A"** |

**COMPLAINT FOR EXONERATION FROM
OR LIMITATION OF LIABILITY**

       Limitation Plaintiff AKUA LLC (dba MAUI REEF ADVENTURES),

as owner *pro hac vice* of M/V <u>OCEAN FREEDOM</u>, O.N. 1229835, ("Limitation

Plaintiff AKUA LLC") alleges as follows:

1. This is an action for exoneration from or limitation of liability pursuant to 46 U.S.C. §§30501, et seq., an admiralty and maritime claim within the meaning of Rule F of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and within the admiralty and maritime jurisdiction of the Court pursuant to 28 U.S.C. §1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

2. Limitation Plaintiff AKUA LLC is a Hawaii limited liability company. At all times material herein, Limitation Plaintiff AKUA LLC was owner *pro hac vice* of M/V OCEAN FREEDOM, O.N. 1229835, within the meaning of 46 U.S.C. §§30501, et seq.

3. At all times material herein, the home port of M/V OCEAN FREEDOM, O.N. 1229835, was Maalaea, Hawaii, which is within the jurisdiction of this Court.

4. At all times material herein, M/V OCEAN FREEDOM, O.N. 1229835, was a vessel in the passenger tour trade, 40 feet in length, and documented by the United States Coast Guard.

5. Limitation Plaintiff AKUA LLC, at all times material herein, exercised due diligence to make M/V OCEAN FREEDOM, O.N. 1229835, seaworthy in all respects, and the vessel was, at all times material herein, staunch,

tight and strong, fully and properly manned, equipped, supplied and navigated, and was in all respects seaworthy and fit for the service in which the vessel was engaged.

  6. On the morning of October 29, 2018, M/V <u>OCEAN FREEDOM</u>, O.N. 1229835, was on a passenger tour voyage on navigable waters in the vicinity of Molokini Crater offshore of the Island of Maui. LINDA L. SMITH, a passenger aboard M/V <u>OCEAN FREEDOM</u>, O.N. 1229835, was found unresponsive while in the ocean snorkeling. Despite efforts to resuscitate her, passenger LINDA L. SMITH was pronounced deceased when M/V <u>OCEAN FREEDOM</u>, O.N. 1229835, returned to shore ("Accident"). Passenger LINDA L. SMITH's spouse, VERNON C. SMITH, was also a passenger aboard M/V <u>OCEAN FREEDOM</u>, O.N. 1229835, when the Accident occurred. Passenger VERNON C. SMITH allegedly sustained mental and other injuries as the result of the Accident.

  7. The Accident and any injuries, damages, and/or losses resulting therefrom, or otherwise arising out of the voyage at issue, were neither caused nor contributed to, by any fault, negligence, or neglect on the part of Limitation Plaintiff AKUA LLC nor anyone for whose acts Limitation Plaintiff AKUA LLC is or may be responsible.

  8. The Accident and any injuries, damages, or losses resulting therefrom, or otherwise arising out of the voyage at issue, were occasioned and incurred without the privity or knowledge of Limitation Plaintiff AKUA LLC or anyone whose privity or knowledge is or may be imputable to Limitation Plaintiff

AKUA LLC.

9. M/V OCEAN FREEDOM, O.N. 1229835, was not damaged, lost, or abandoned as the result of the Accident. M/V OCEAN FREEDOM, O.N. 1229835, remains in the possession of and under the control of Limitation Plaintiff AKUA LLC. As set forth in the Declaration of Ariel Ferrer, attached hereto as Exhibit "A", the fair market value of M/V OCEAN FREEDOM, O.N. 1229835, at the end of the voyage at issue was TWO HUNDRED FORTY-ONE THOUSAND AND NO/00 DOLLARS ($241,000.00).

10. There was no freight aboard M/V OCEAN FREEDOM, O.N. 1229835, nor was any freight earned or pending at the end of the voyage at issue.

11. There are no liens, claims, or demands upon M/V OCEAN FREEDOM, O.N. 1229835, prior to or paramount to those which may have occurred by reason of the matters herein described.

12. Therefore, the total value of the interest, as owner *pro hac vice*, of Limitation Plaintiff AKUA LLC in M/V OCEAN FREEDOM, O.N. 1229835, at the end of the voyage at issue, did not exceed TWO HUNDRED FORTY-ONE THOUSAND AND NO/00 DOLLARS ($241,000.00).

13. On October 25, 2019, VERNON C. SMITH, individually, and VERNON EUGENE SMITH, as executor of the ESTATE OF LINDA L. SMITH, filed a lawsuit styled as Vernon C. Smith, et al. v. NCL (Bahamas) Ltd., et al., Civil No. 19-24411 BB in the United States District Court for the Southern District of

Florida, for damages allegedly sustained as the result of the Accident. On December 26, 2019, VERNON C. SMITH, individually, and VERNON EUGENE SMITH, as executor of the ESTATE OF LINDA L. SMITH, filed an Amended Complaint in the same lawsuit.

14. In addition to the claims of VERNON C. SMITH, individually, and VERNON EUGENE SMITH, as executor of the ESTATE OF LINDA L. SMITH, Limitation Plaintiff AKUA LLC anticipates that additional claims may be asserted against it and/or M/V OCEAN FREEDOM, O.N. 1229835, by other parties for injuries, damages, and/or losses arising out of the Accident or otherwise arising out of the voyage at issue.

15. The total amount of the claims asserted by VERNON C. SMITH, individually, and VERNON EUGENE SMITH, as executor of the ESTATE OF LINDA L. SMITH, and the amount of the claims that Limitation Plaintiff AKUA LLC believes may hereafter be asserted against it, exceeds the fair market value of M/V OCEAN FREEDOM, O.N. 1229835, at the end of the voyage at issue.

16. Limitation Plaintiff AKUA LLC hereby claims the benefit of exoneration from or limitation of liability provided for under 46 U.S.C. §§30501, et seq., Rule F of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, inclusive, and all acts amendatory and supplementary, whether named herein or not. Limitation Plaintiff AKUA LLC also claims the benefit of all statutes and acts of the Congress of the

United States, whether named herein or not, granting or providing for exoneration from or limitation of liability to vessel owners.

17. Limitation Plaintiff AKUA LLC will file an *ad interim* stipulation of value, with sufficient surety, in the amount of TWO HUNDRED FORTY-ONE THOUSAND AND NO/00 DOLLARS ($241,000.00), the fair market value of M/V OCEAN FREEDOM, O.N. 1229835, at the end of the voyage at issue, together with interest at the rate required by Rule F(1) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

18. Limitation Plaintiff AKUA LLC desires that an injunction be issued by this Court restraining prosecution of any and all lawsuits or claims which have been, may have been, or which may hereafter be made against it, including but not limited to, the aforementioned lawsuit filed by VERNON C. SMITH, individually, and VERNON EUGENE SMITH, as executor of the ESTATE OF LINDA L. SMITH, in any court whatsoever to recover damages from any and all alleged injuries or losses related to or in any way resulting from the Accident or otherwise arising out of the voyage at issue, and furthermore restraining the commencement or prosecution thereafter of any lawsuit action, or legal proceeding against it, its underwriters, insurers, officers, agents, servants, or employees, with respect to any claim or claims arising out of the Accident or otherwise arising out of the voyage at issue.

19. Limitation Plaintiff AKUA LLC bring this action within six (6) months of the receipt of a written notice of claim, if any, from VERNON C. SMITH, individually, and VERNON EUGENE SMITH, as executor of the ESTATE OF LINDA L. SMITH, or from any other claimant, arising out of the Accident or otherwise arising out of the voyage at issue, in compliance with 46 U.S.C. §30511.

20. All and singular, the premises of this Complaint are true and correct and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

WHEREFORE, Limitation Plaintiff AKUA LLC prays:

1. That this Court accept the Declaration of Ariel Ferrer confirming the fair market value of M/V <u>OCEAN FREEDOM</u>, O.N. 1229835, at the end the voyage in which the vessel was engaged on October 29, 2018, at the time of the Accident.

2. That this Court enter an order to all persons, concerns, or firms making a claim for any injuries, damages, and/or losses resulting from the Accident, or otherwise arising out of the related voyage, or otherwise asserting any claim with respect to which Limitation Plaintiff AKUA LLC is entitled to seek exoneration from, or limitation of liability herein, admonishing them to appear and file their respective claim(s) with the Clerk of this Court and to serve on or mail copies thereof to the attorneys for Limitation Plaintiff AKUA LLC herein named, on or before the date to be specified in the motion seeking issuance of said order, and to make due

proof of their respective claims, and further to file their respective answer(s), if any, to the allegations of this Complaint on or before the date to be specified in said motion, all as provided by law and by the Federal Rules of Civil Procedure as made applicable to admiralty and maritime cases;

      3.    That notice of said order, in the form and manner prescribed by Rule F(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure as made applicable to admiralty and maritime cases, be published in such newspaper(s) as this Court may direct or as may otherwise be specified by the Rules of this Court for legal publication once a week for at least four (4) consecutive weeks prior to the date specified in said order for the filing of claims herein;

      4.    That this Court issue an injunction restraining the further prosecution of any and all suits, actions, and/or proceedings, which may have already commenced against Limitation Plaintiff AKUA LLC in any court whatsoever to recover damages for any and all injuries, damages, and/or losses resulting from the Accident, or otherwise arising out of the voyage at issue, and restraining the commencement or prosecution thereafter of any suit, action or legal proceeding against Limitation Plaintiff AKUA LLC its agents, servants, and/or employees and/or M/V <u>OCEAN FREEDOM</u>, O.N. 1229835, with respect to any claim(s) resulting from the Accident, or otherwise arising out of the voyage at issue, or otherwise subject to limitation in these proceedings.

   5. That this Court adjudge that Limitation Plaintiff AKUA LLC is not liable to any extent for any injuries, damages, and/or losses resulting from the Accident, or otherwise arising out of the voyage at issue, or if Limitation Plaintiff AKUA LLC shall be adjudged liable in any respect, then that its liability be limited to the fair market value of its *pro hac vice* ownership interest in M/V <u>OCEAN FREEDOM</u>, O.N. 1229835, at the end the voyage in which the vessel was engaged on October 29, 2018, at the time of the Accident, and that a decree may thereupon be entered discharging Limitation Plaintiff AKUA LLC; and

   6. That Limitation Plaintiff AKUA LLC be granted such other and further relief as this Court deems just and proper.

   DATED: Honolulu, Hawaii, March 6, 2020.

        <u>/s/ Normand R. Lezy</u>
        NORMAND R. LEZY
        MICHAEL J. NAKANO
        JAMIE C. S. MADRIAGA
        Attorneys for Limitation Plaintiff
        AKUA LLC