IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| In the Matter | CIVIL NO. _____ |
| --- | --- |
| of | (Admiralty) |
| The Complaint of AKUA LLC (dba MAUI REEF ADVENTURES), a Hawaii Limited Liability Company, as owner *pro hac vice* of M/V <u>OCEAN FREEDOM</u>, O.N. 1229835, for exoneration from or limitation of liability. | **DECLARATION OF ARIEL FERRER; EXHIBIT "A"** |

## <u>DECLARATION OF ARIEL FERRER</u>

I, ARIEL FERRER, declare:

1. This affidavit is made upon person knowledge, and if called upon, I am competent to testify as to the facts set forth herein.

2. I am a Managing Member of Limitation Plaintiff AKUA LLC.

3. Limitation Plaintiff AKUA LLC engaged marine surveyor Anthony DelleFave (Maui Marine Surveying LLC) to conduct a condition and value survey of M/V <u>OCEAN FREEDOM</u>, O.N. 1229835. On May 9, 2019 and June 12, 2019, Mr. DelleFave conducted a thorough condition and value survey and out of water hull inspection of M/V <u>OCEAN FREEDOM</u>, O.N. 1229835. That survey and inspection are detailed in Mr. DelleFave's report, attached hereto as Exhibit "A".

4. Based upon his survey and inspection of M/V <u>OCEAN</u>

**EXHIBIT A**

FREEDOM, O.N. 1229835, Mr. DelleFave concluded that the fair market value of M/V OCEAN FREEDOM, O.N. 1229835, was TWO HUNDRED AND FORTY-ONE THOUSAND AND NO/00 DOLLARS ($241,000.00).

5. M/V OCEAN FREEDOM, O.N. 1229835, was in substantially the same condition on or about May 9, 2019 and/or June 12, 2019 as it was on October 29, 2018. There was no substantial change in the vessel's condition or its machinery, equipment, or accommodations during the intervening eight-month time period between October 29, 2018 and on or about May 9, 2019 and/or June 12, 2019.

I, ARIEL FERRER, declare under penalty of law that the foregoing is true and correct.

DATED: Maalaea, Hawaii, March 6, 2020.

_____
ARIEL FERRER

EXHIBIT A

# Maui Marine Surveying LLC
# Anthony V DelleFave

Marine Surveyor
avdellefave@gmail.com
808-870-2293

State of Hawaii
Certification #22.001



---

**Date:** 6/12/2019

**Requested By:** Maui reef adventures, Juan      **Phone:** 808-283-0954

**Email:** mauireefadventures@gmail.com

**Purpose:** Hull inspection of the vessel "Ocean Freedom". The vessel was inspected out of the water, on its trailer at Kihei Boat Ramp at 13:00 on Wednesday 6/12/19. This form is intended to be used with the survey that was completed on 5/9/19.

**General Description and Information:**

Official No: 1229835    Hull No: NLV00007H010    Year Built: 2010

Builder: Navatek Boat Builders, Honolulu HI

Length: 40'    Beam: 12'    Draft: 2.5"

This is a passenger inspected vessel for up to 33 passengers with a current Certificate of Inspection by the USCG. It is intended for day use on a near coastal route. The next Hull inspection by the USCG is scheduled for September.

**Guidelines:** The survey guidelines and codes followed for the inspection conform to the common practice by the members of ACMS (Association of Certified Marine Surveyors). The mandatory standards promulgated by the United States Coast Guard (USCG), under the authority of the Code of Federal Regulations parts 33 and 46, and the American Boat and Yacht Council (ABYC) and the National Fire Protection Association (NFPA) have been used as guidelines in the conduct of this survey. The guide lines for determining fair market value



# EXHIBIT A

are the BUC Value Guide, a national search of the internet for comparable vessels, and local market conditions. The surveyor is committed to providing accurate surveys which meet or exceed these standards. It is not possible to determine the full extent of compliance with some standards due to the nature of the vessels construction, but I will report all findings and observations as they relate to the above standards to the best of my ability.



**Scope and Limitations:** **The survey report represents a statement of visually observable conditions on all normally accessible parts of the vessel, and constitutes a statement of opinion only as observed on the date of inspection. Assessment thereof is limited to what is externally visible, reasonably accessible and/or ascertainable from operation.**



**Hull, Deck and Structures General:** The hull is made of fiberglass with a raked bow, a deep "V" configuration and flat transom. The inflatable tube sits on the wing and is bolted to the hull and deck of the vessel. The hull was visually inspected, and percussion sounded. No areas of impact, or delamination were noted from the exterior inspection. The transom is solid and supports the engine mounting bracket. The hull below the water line is painted with anti-fouling paint. An internal inspection found all stringers bulkheads and other traverses to be tabbed with no signs of movement. There are no signs of movement in the deck to hull joint. The tube is bolted to the hull and on



the deck. There tube has signs of wear, it should be painted or covered. The bolts are free of corrosion and show no signs of movement and their respective bolt holes in the tube are not elongated or torn.

# EXHIBIT A

 

**Conclusion:**

    **Vessel's Condition:** The vessel hull is in good working condition.

    **Estimated Market Value:** $241,000.00

    **Estimated Replacement Cost (new):** 540,000.00

In accordance with the request for a marine survey of the vessel "Ocean Freedom" for the purpose of evaluation her present condition and value, I herby submit my conclusions based on the preceding report. The subject vessel was personally inspected by the undersigned on the dates named in this report.

**ATTENDING SURVEYOR**

    Captain Anthony V. DelleFave
    State Certification # 22.001



  

# EXHIBIT A